**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Civil No. 02-218 PAM/SRN**

**Petitioner,**

v.

**REPORT AND RECOMMENDATION**

**TOMMIE LEE WHITE, JR.**

**Respondent.**

---

This matter comes before the Court on the petition of the United States for an order of commitment of Respondent, pursuant to 28 U.S.C. § 4245, on the grounds that Respondent is currently suffering from a mental disease or defect and is in need of treatment in a suitable facility. Perry F. Sekus, Assistant United States Attorney, appears for Petitioner; Katherine Menendez, Assistant Federal Public Defender, appears for Respondent.

Based upon the evidentiary hearing held in Rochester, Minnesota, on April 1, 2002, and upon all the files, records and proceedings herein, the undersigned makes the following Report and Recommendation:

1. Respondent is currently suffering from a mental disease or defect for which he is in need of treatment at a suitable facility within the meaning of 28 U.S.C. § 4245; and

2. It is, therefore, recommended that Respondent be committed to the custody of the Attorney General for care and treatment in a suitable facility, including at the Federal Medical Center, Inpatient Mental Health Unit for psychiatric care and treatment, until the Respondent is no longer in need of such custody for care and treatment or until the expiration of the sentence of imprisonment, whichever occurs earlier.

APR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 12, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by April 20, 2002, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.