UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-218 PAM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOMMIE LEE WHITE, JR., | ) | |
| | ) | |
| Respondent. | ) | |

Based upon Petitioner's unopposed Motion for Enlargement of Time, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that the time for Petitioner to respond to Respondent's objections to the Magistrate Judge's Report and Recommendation be extended from May 10, 2002 to June 13, 2002.

Dated: May 14, 2002

Paul A. Magnuson
United States District Court Judge

MAY 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK