# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 02-218 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Tommie Lee White, Jr.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Respondent is currently suffering from a mental disease or defect for which he is in need of treatment at a suitable facility within the meaning of 18 U.S.C. 4245; and

2. It is therefore, ordered that Respondent be committed to the custody of the attorney general for care and treatment in a suitable facility, including at the Federal Medical Center, Inpatient Mental Health Unit for psychiatric care and treatment, until the Respondent is no longer in need of such custody fro care and treatment or until the expiration of the sentence of imprisonment, whichever occurs earlier.

DATE: May 30, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk