IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
Civil Action No. 02-218 (PAM/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TOMMIE LEE WHITE, JR.,<br><br>Respondent. | **NOTICE OF FILING OF CERTIFICATE OF RECOVERY AND REQUEST TO DISCHARGE FROM PSYCHIATRIC HOSPITALIZATION** |

The United States of America, by and through the United States Attorney for the District of Minnesota, submits this Notice of Filing of Certificate of Recovery and Request to Discharge from Psychiatric Hospitalization pursuant to18 U.S.C. § 4245(e).

1. On May 31, 2002, respondent Tommie Lee White, Jr. (Respondent) was committed for psychiatric hospitalization by this Court.

2. On September 7, 2004, Respondent was examined by Dr. Chris Sigurdson, M.D. at the Federal Medical Center ( FMC) in Rochester. It is the opinion of Dr. Sigurdson that Respondent has recovered from his mental disease or defect to such an extent that he is no longer in need of psychiatric hospitalization. (Attached as Exhibit A is a copy of the Transfer Summary.)

3. Respondent is set for release via good conduct time on September 5, 2006. (Attached as Exhibit B is respondent's Sentence Monitoring Computation Data as of September 9, 2004.).

4. On September 10, 2004, W.I. LeBlanc, the Warden at FMC Rochester, notified this Court that Respondent has recovered from his mental disease or defect to such an extent that

he is no longer in need of psychiatric hospitalization. (Attached as Exhibit C is a Certificate of Recovery and Request to Discharge from Psychiatric Hospitalization signed by the Warden LeBlanc).

5. 18 U.S.C. § 4245(e) provides:

> (e) Discharge – When the director of the facility in which the person is hospitalized pursuant to subsection (d) determines that the person has recovered from his mental disease or defect to such an extent that he is no longer in need of custody for care or treatment in such a facility, he shall promptly file a certificate to that effect with the clerk of the court that ordered the commitment. The clerk shall send a copy of the certificate to the person's counsel and to the attorney for the Government. If, at the time of the filing of the certificate, the term of imprisonment imposed upon the person has not expired, the court shall order that the person be reimprisoned until the expiration of his sentence of imprisonment.

6. Pursuant to 18 U.S.C. § 4245(e), the United States requests that the Court order that Respondent be discharged from hospitalization so that he can be transferred to an appropriate non-psychiatric facility to complete his sentence. A proposed Order is attached hereto.

Dated: September 24, 2004

Respectfully submitted,

THOMAS HEFFELFINGER
United States Attorney

By: s/ Perry F. Sekus
Perry F. Sekus
Assistant United States Attorney
Attorney ID No. 0309412
600 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415