IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
Civil Action No. 02-218 (PAM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **EXHIBITS A-C** |
| v. | ) | |
| | ) | |
| TOMMIE LEE WHITE, JR., | ) | |
| | ) | |
| Respondent. | ) | |

**Exhibits List**

| | | |
|---|---|---|
| Exhibit A | - | Transfer Summary |
| Exhibit B | - | Sentence Monitoring Computation Data as of September 9, 2004 |
| Exhibit C | - | Certificate of Recovery and Request to Discharge from Psychiatric Hospitalization |