# EXHIBIT A

**FEDERAL MEDICAL CENTER**
**ROCHESTER, MINNESOTA**

**TRANSFER SUMMARY**

**NAME: WHITE, TOMMIE LEE, JR.** **REG. NO.: 05556-068**

**DOB: 02-14-1967** **DATE OF REPORT: 08-30-2004**

**IDENTIFYING INFORMATION:** Tommie Lee White Jr. is a 37-year-old single, African-American male who is serving a 160-month sentence for Conspiracy to Possess with Intent to Deliver a Controlled Substance and Conspiracy to Commit Money Laundering. His projected release date is August 30, 2006. He was transferred to the Federal Medical Center (FMC) on May 17, 2001, as a transfer from the Federal Correctional Institution (FCI) Taft, California, for evaluation and treatment of a mental illness. He was committed for psychiatric treatment under the provisions of Title 18, United States Code, Section 4245 on May 31, 2002.

**HISTORY OF PRESENT ILLNESS:** Mr. White is a 37-year-old African American male committed for psychiatric treatment under the provisions of Title 18, United States Code, Section 4245. The patient had no known history of mental illness or psychiatric symptoms before April 2001. During that month while he was an inmate at FCI Taft, he visited a dentist and he began to experience problems. He claimed the dentist had administered a chemical that affected his brain and body. He became increasingly paranoid and suspicious of prison staff and began experiencing auditory hallucinations which told him "Kill. You're dead. You're going to die." He was emergently transferred to the Federal Medical Center in Rochester on May 17, 2001.

**PAST PSYCHIATRIC HISTORY:** He had no formal psychiatric history until May 2001 when Mr. White was transferred to FMC Rochester. Before his incarceration, Mr. White used marijuana, PCP, cocaine, and alcohol. His main drug use occurred from age 15 to 24. He states he attended a "30 hour program" for chemical dependency in the Bureau of Prisons (BOP) system. He said he has not used drugs for the last four or five years.

**HOSPITAL COURSE**: During his initial evaluation period at FMC Rochester, Mr. White voiced delusions that he was a CIA (Central Intelligence Agency) agent, God, and Moses. He began to order the executions of various staff members. Mr. White consistently disobeyed officers, and as a result, was placed in the Special Housing Unit (SHU) on August 16, 2001. On September 26, 2001, he seemed to have stabilized somewhat and was moved to the Martin Wing (a semi-locked unit often used for transition from SHU to the open unit), but he requested to be taken back to SHU immediately following this transfer. Mr. White displayed no insight into his mental illness. He refused psychotropic medication and his functioning continued to decline. He eventually had a court hearing under the provisions of Section 4245 on April 1, 2002. The Court determined Mr. White was suffering from a mental disease or defect that required inpatient treatment, and recommended he be committed under Section 4245 on May 31, 2002.

Mr. White was admitted to the inpatient unit on June 3, 2002. He continued to refuse psychiatric medication and a due process hearing was held on June 7, 2002, to assess the need for involuntary medication. As part of the hearing, records were reviewed and Mr. White's case was presented by his primary clinician. It was determined that there was a need for involuntary medication, thus the patient was involuntarily medicated on June 10, 2002. Mr. White stayed in SHU until July 18, 2002, when he was transferred to the Martin Wing. His condition rapidly improved, and he was transferred to the open housing unit in a matter of days.

Mr. White had such a full recovery to medication and psychosocial treatment that his treatment team recommended slowly tapering his psychiatric medication to see if he could remain stable without it. Unfortunately, he demonstrated a slow deterioration in functioning which began with a physical altercation on the softball field in May 2003. During the next five months, his functioning continued to decline, and symptoms of psychosis once again became evident. Mr. White exhibited paranoia, disorganization, aggression, and lack of insight. He claimed he did not need to take medications because he was not mentally ill, and he felt, "as good as I was before medications." Mr. White perseverated on racial issues and sexual topics, he persisted in discussing his delusions regarding the dentist and staff at FCI Taft, and he made statements such as, "I am the Prince of Bolivia." He required involuntary medication with haloperidol.in December, 2003. Olanzapine was subsequently reinstituted, and he rapidly improved.

By April, 2004, Mr White had developed even better insight into his previous symptoms. He revealed that during the previous taper of medication, he had continued to have delusions centered around his experiences at Taft. Hence, he had never been delusion free. He asked us to allow him another taper of medication, this time believing that he could prevent the delusions from returning through vigilance and psychotherapy. Another taper was begun in March 2004 and completed April 21, 2004. Unfortunately, he subsequently had a recurrence of grandiose and paranoid delusions and hostility along with a complete loss of insight into his illness.

On June 22, 2004, he was again administered Haldol decanoate involuntarily, though without a use of force. He believed we were giving him injections of vitamins. He again responded rapidly to the medication and by mid July fully recognized that his symptoms had all returned despite his hope that he would be able to pick up on warning signs and restart medication voluntarily if needed. He now recognizes that he loses insight when his symptoms recur and accepts the reality that he must take antipsychotic medication continuously. He elected to restart olanzapine despite the risk of lipid and glucose abnormalities because he is familiar with it.

Mr. White's psychiatric condition has remained stable since July and he is now expressing a desire to transfer to a regular institution near his family. He is fully cooperative with treatment and talks frequently with his treatment providers about mental illness. He is planning on having us help him talk with his family about mental illness as well. He has a pleasant and positive attitude and is helpful to other inmates. He works full-time in UNISAT and attends group activities including symptom management, parenting, and community re-entry. His thoughts are logical and organized with no evidence of delusions or paranoia and, although he remembers his past psychotic behavior with some embarrassment, he accepts the reality of his illness. He has never voiced suicidal ideation or intent.

Mr. White's most recent physical examination was in June, 2004. It was unremarkable. He did have a small increase in total and LDL cholesterol when he was taking olanzapine previously which normalized when he discontinued the medication. A laboratory evaluation of 8-31-04 revealed that his lipids had again increased with the readdition of olanzapine. His serum chemistries were otherwise unremarkable including an HgbA1C of 5.4% . He runs a slightly elevated creatinine of 1.4 mg/dl. He is a well developed weight lifter. Mr. White is Hepatitis B Surface Antigen Antibody positive.

Mr. White has recently started to show mild signs of tardive dyskinesia. This is most likely related to the recent use of haldol and should diminish over time. Because of the elevation in lipids, Mr. White is currently undergoing an antipsychotic medication switch. An addendum to this transfer summary will be written before he transfers discussing the medication changes and his response to them.

**TRANSFER MEDICATION:**

1. Olanzapine 10 mg. po nightly

**TRANSFER DIAGNOSES:**

| | | |
|---|---|---|
| **AXIS I:** | 295.30 | Schizophrenia, Paranoid Type, In Remission |
| | 304.80 | Polysubstance Dependence, In Remission, In a Controlled Setting |
| **AXIS II:** | 301.7 | Antisocial Personality Disorder |
| **AXIS III:** | None | |
| **Axis IV:** | | Mild to moderate with incarceration and newly emerged mental illness |
| **Axis V:** | | Current GAF = 90 |

**RECOMMENDATIONS:** Mr. White has been at FMC Rochester since May, 2001. He initially needed an involuntary commitment to accept treatment for his mental illness. He has been in treatment now for three years and through the experiences of twice tapering his antipsychotic medication and having serious relapses, he has gained very good insight into the nature of his mental illness. He realizes that he is unable to see signs of impending relapse before losing insight and

because of that recognizes that he must take antipsychotic medication continuously. He is now taking medication voluntarily and expresses a commitment to continuing to take medication at a regular institution. He has made good use of psychosocial treatments as well and does not need to be treated in a hospital to remain stable at this time. He deserves a chance to continue his treatment near his family.

Although Mr. White came to Rochester from FCI Taft in 2001, his family has since moved to the Oklahoma and Texas area. Since his family will provide important support both for mental health treatment and release preparation, we highly recommend that he be transferred near his family. Hopefully, he will be able to have his release changed to their area as well. We therefore request that the court drop the 4245 commitment at this time to allow him to transfer. The current medication change does not impact this recommendation since he will be on medication throughout the switch of medicines.

Once Mr. White is in a new institution he will need to be followed by both psychology services and a consulting psychiatrist to monitor him for any return of symptoms and medication compliance and side effects. We do not recommend discontinuing his medication again while he is incarcerated, no matter how well he appears, and he is in agreement with this.

There are no travel restrictions. Because of the risk of lipid disorders with the use of any atypical antipsychotic, he should eat a low fat diet. His lipid should be monitored every three months and any elevation can be treated medically. Similarly, his glucose should be monitored regularly. We currently recommend monthly fasting chem-strips and every six month glycosylated hemoglobin. Should it become necessary to change his antipsychotic medication he should be carefully monitored during the change for the emergence of psychotic symptoms. The earliest warning sign is irritability and an attitude of superiority.

[signature] 9-7-04

Chris Sigurdson, M.D., Ph. D.
Chief of Psychiatry

Date

dd:08-30-2004
dt: s08-30-20047/dcs

**WHITE, TOMMIE LEE, JR.**
**REG. NO.: 05556-068**
**DOB: 12-14-1967**
**FMC ROCHESTER**
**PAGE 4**