# EXHIBIT B

```
  RCHT6  540*23 *          SENTENCE MONITORING              *      09-09-2004
PAGE 001        *            COMPUTATION DATA               *      13:36:48
                             AS OF 09-09-2004

REGNO..: 05556-068 NAME: WHITE, TOMMIE LEE JR


FBI NO...........: 202889EA7                  DATE OF BIRTH: 02-14-1967
ARS1.............: RCH/A-DES
UNIT.............: MH                         QUARTERS.....: A04-225L
DETAINERS........: NO                         NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-05-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-05-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:95CR00082-010
JUDGE...........................: TINDER
DATE SENTENCED/PROBATION IMPOSED: 07-08-1996
DATE COMMITTED..................: 08-28-1996
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $3,000.00     $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:841(A)(1)&846, CONSPIRACY TO POSSESS WITD AND TO DISTRIBUTE
         CONTROLLED SUBSTANCES (CT 1).

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   160 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
 DATE OF OFFENSE................: 01-16-1995





G0002       MORE PAGES TO FOLLOW . . .
```

```
  RCHT6  540*23 *             SENTENCE MONITORING                *      09-09-2004
PAGE 002        *               COMPUTATION DATA                 *      13:36:48
                                AS OF 09-09-2004

REGNO..: 05556-068 NAME: WHITE, TOMMIE LEE JR


-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....: 548
OFF/CHG: 18:1956, CONSPIRACY TO COMMIT MONEY LAUNDERING (CT 2).

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   160 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 01-16-1995

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2003 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-08-1996
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 VCCLEA NON-VIOLENT
TOTAL TERM IN EFFECT............:   160 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    13 YEARS      4 MONTHS
AGGREGATED TERM OF SUPERVISION..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 01-16-1995

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    01-17-1995    07-07-1996
```

```
  RCHT6  540*23 *          SENTENCE MONITORING          *     09-09-2004
PAGE 003        *            COMPUTATION DATA           *     13:36:48
                             AS OF 09-09-2004

REGNO..: 05556-068 NAME: WHITE, TOMMIE LEE JR


TOTAL PRIOR CREDIT TIME.........: 538
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 621
TOTAL GCT EARNED................: 479
STATUTORY RELEASE DATE PROJECTED: 09-05-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-18-2008


PROJECTED SATISFACTION DATE.....: 09-05-2006
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0002       MORE PAGES TO FOLLOW . . .

```
 RCHT6  540*23 *          SENTENCE MONITORING              *      09-09-2004
PAGE 004       *           COMPUTATION DATA                *      13:36:48
                           AS OF 09-09-2004

REGNO..: 05556-068 NAME: WHITE, TOMMIE LEE JR


FBI NO...........:                          DATE OF BIRTH: 02-14-1967
ARS1.............: RCH/A-DES
UNIT.............: MH                       QUARTERS.....: A04-225L
DETAINERS........: NO                       NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-05-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-05-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 02-218 (PAM/JGL)
JUDGE...........................: MAGNUSON
DATE SENTENCED/PROBATION IMPOSED: 05-30-2002
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 05-30-2002
HOW COMMITTED...................: 4241/44/45 HOSPITAL/TREATMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE A CONTROLLED
         SUBSTANCE, 21:841 & 846

 SENTENCE PROCEDURE.............: 4245 HOSPITALIZATION AND TREATMENT
 SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
 DATE OF OFFENSE................: 01-16-1995
```

```
 RCHT6  540*23 *          SENTENCE MONITORING            *      09-09-2004
PAGE 005 OF 005 *           COMPUTATION DATA             *      13:36:48
                            AS OF 09-09-2004

REGNO..: 05556-068 NAME: WHITE, TOMMIE LEE JR


-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 03-26-2003 AT RCH MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-30-2002
TOTAL TERM IN EFFECT............: NOT APPLICABLE
EARLIEST DATE OF OFFENSE........: 01-16-1995

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: UNKNOWN
STATUTORY RELEASE DATE..........: 08-30-2006
TWO THIRDS DATE.................: UNKNOWN
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: N/A

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 08-30-2006
PROJECTED SATISFACTION METHOD...: HOSTRT CMP




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```