# EXHIBIT C

**CERTIFICATE OF RECOVERY AND REQUEST TO DISCHARGE FROM PSYCHIATRIC HOSPITALIZATION**

This is to advise you that Tommie Lee White, Jr., Register No. 05556-068, a patient in the psychiatric hospital at the Federal Medical Center (FMC) in Rochester Minnesota, has recovered from his mental disease or defect to such an extent that he is no longer in need of psychiatric hospitalization. The above patient was originally committed for psychiatric hospitalization on May 31, 2002, by the Honorable Paul A. Magnuson.

Pursuant to Title 18 U.S. Code, Section 4245(e), I am requesting that this Court immediately order that the above patient be discharged from our psychiatric hospital so that he can be transferred to an appropriate non-psychiatric facility.

W. I. LeBlanc, Warden
Federal Medical Center
Rochester, Minnesota

9/10/04
Date