UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-218 PAM/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TOMMIE LEE WHITE, JR.,<br><br>Respondent. | **CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER** |

I hereby certify that on September 24, 2004, I caused the following documents:

NOTICE OF FILING OF CERTIFICATE OF RECOVERY AND REQUEST TO DISCHARGE FROM PSYCHIATRIC HOSPITALIZATION, EXHIBITS A-C, CERTIFICATE OF SERVICE and proposed ORDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Katherine Menendez - kate_menendez@fd.org

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Katherine Menendez - kate_menendez@fd.org

Dated: September 24, 2004

s/ Carla R. Kohl
CARLA R. KOHL