UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Civil No. 02-218 (PAM/SRN)

Petitioner,

v. **ORDER**

Tommie Lee White, Jr.,

Respondent.

---

This matter is before the Court on the Government's Request to Discharge Respondent from Psychiatric Hospitalization.

Respondent is serving a 160-month sentence for conspiracy to possess with intent to deliver a controlled substance and conspiracy to commit money laundering. This Court ordered commitment of Respondent to a psychiatric hospital on May 31, 2002. Based on the examinations and recommendations by doctors at the Federal Medical Center in Rochester, Minnesota, Warden W.I. Le Blanc notified the Court on September 10, 2004, that Respondent has recovered from his mental disease or defect to such an extent that he is no longer in need of psychiatric hospitalization. On September 24, 2004, pursuant to 18 U.S.C. § 4245(e), the Government that requested the Court order that Respondent be discharged from hospitalization so that he can be transferred to an appropriate non-psychiatric facility to complete his sentence. Accordingly, the Government's Request to Discharge Respondent (Clerk Doc. No. 17) is **GRANTED**.

Dated: September 28, 2004

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge